UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TIMOTHY MCGEE,

        Plaintiff,                      Case No. 1:21-cv-1017

v.                                          Honorable Ray Kent

DAVID DAWDY et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims against Defendants are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to bring those claims in the state courts.


Dated:   February 3, 2022                    /s/ Ray Kent
                                                   Ray Kent
                                                   United States Magistrate Judge